**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

| | | |
|---|---|---|
| Case No. | **CV 23-5850-JFW(JPRx)** | Date: March 8, 2024 |
| Title: | Ana Medina -v- CVS Pharmacy, Inc., et al. | |

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| **Shannon Reilly** | **None Present** |
| **Courtroom Deputy** | **Court Reporter** |

| **ATTORNEYS PRESENT FOR PLAINTIFFS:** | **ATTORNEYS PRESENT FOR DEFENDANTS:** |
|---|---|
| None | None |

**PROCEEDINGS (IN CHAMBERS):**   ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO COMPLY WITH THE COURT'S ORDER

In the Court's Scheduling and Case Management Order ("CMO"), the Court set March 4, 2024 as the last day to conduct a Settlement Conference, and March 7, 2024 as the last day to file a Joint Report Re: Results of Settlement Conference. The parties have violated the Court's CMO by failing to complete the Settlement Conference by the Court ordered deadline of March 4, 2024.

Accordingly, the parties are ordered to show cause in writing by **March 15, 2024** why the Court should not impose sanctions in the amount of $1,500.00 against lead counsel for each of the parties for their violation of the Court's CMO. No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15. The Order to Show Cause will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Order to Show Cause will result in the imposition of sanctions and dismissal of this action.

IT IS SO ORDERED.

C:\Users\shannonreilly\AppData\Local\Microsoft\Windows\INetCache\Content.Outlook\GW19JD2U\Medina OSC no settlement conf.wpd

Initials of Deputy Clerk   sr