Closed

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA MEDINA,<br><br>  Plaintiff,<br><br>v.<br><br>CVS PHARMACY, INC.,<br><br>  Defendant. | Case No. 2:23-cv-05850-JFW (JPRx)<br><br>**The Hon. John F. Walter**<br><br>**ORDER DISMISSING ALL CLAIMS WITH PREJUDICE** |

## ORDER

Based upon the joint stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed with prejudice as to all of Plaintiff's claims.  Each party will bear their own attorneys' fees and costs.

DATED:  April 2, 2024

_____
Hon. John F. Walter
United States District Court Judge